UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Cabo Holdings, LLC,

            Plaintiff,

vs.

Fred Engelhart d/b/a Engelhart
Performance; and So Cal
Collectibles, Inc.,

            Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 07-3524 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1.    That the Motion of Briggs and Morgan, P.A., to Withdraw as Counsel for So Cal Collectibles, Inc., [Docket No. 55] is granted.

2.    That the Clerk of Court is directed to strike So Cal's Answer, and to enter a Default against So Cal.

3.    That Default Judgment is entered against So Cal, in an amount to be determined, following appropriate briefing, or a Hearing, before the District Court.

DATED: 11/03/08

                                                                        s/Patrick J. Schiltz
                                                                        Patrick J. Schiltz
                                                                        United States District Judge